MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RODOLFO PONCE IBARRA,<br>a/k/a Victor Manuel Lemos Lemos,<br>a/k/a Victor Lemos Lemos,<br>a/k/a Victor Lemos,<br>a/k/a Angel Ponce,<br>a/k/a Angel Lemus Pounce,<br>a/k/a Rodolfo Ponce,<br><br>    Defendant. | No. No. CR12-0207 RS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

On April 24, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to May 22, 2012. The parties have agreed to exclude the period of time between April 24, 2012 and May 22, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0207 RS

1 | interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
2 | At the hearing, the Court made findings consistent with this agreement.
3 | SO STIPULATED:

                                                    MELINDA HAAG
                                                    United States Attorney

DATED: April 24, 2012                      /s/
                                                    J. MARK KANG
                                                    Special Assistant United States Attorney

DATED: April 24, 2012                      /s/
                                                    SHAWN HALBERT
                                                    Attorney for RODOLFO PONCE IBARRA

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0207 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the April 24, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from April 24, 2012 through May 22, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 4/27/12

THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0207 RS