MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7050
   Facsimile: (415) 436-7234
   E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RODOLFO PONCE IBARRA,<br>a/k/a Victor Manuel Lemos Lemos,<br>a/k/a Victor Lemos Lemos,<br>a/k/a Victor Lemos,<br>a/k/a Angel Ponce,<br>a/k/a Angel Lemus Pounce,<br>a/k/a Rodolfo Ponce,<br><br>    Defendant. | No. No. CR 12-0207 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER 18<br>U.S.C. § 3161** |

On June 19, 2012, the parties in this case appeared before the Court.  At that time, the

Court set the matter to July 24, 2012.  The parties have agreed to exclude the period of time

between June 19, 2012 and July 24, 2012 from any time limits applicable under 18 U.S.C. §

3161.  The parties represented that granting the exclusion would allow the reasonable time

necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0207 RS

1  also agree that the ends of justice served by granting such an exclusion of time outweigh the best

2  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

3  At the hearing, the Court made findings consistent with this agreement.

4  SO STIPULATED:

5

6                                                     MELINDA HAAG
                                                      United States Attorney

7

8  DATED: June 20, 2012                    _____/s/_____

9                                                     J. MARK KANG
                                                      Special Assistant United States Attorney

10

11  DATED: June 20, 2012                   _____/s/_____

12                                                    SHAWN HALBERT
                                                      Attorney for RODOLFO PONCE IBARRA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0207 RS

1

[PROPOSED] ORDER

2          For the reasons stated above and at the June 19, 2012 hearing, the Court finds that the

3   exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 19,

4   2012 through July 24, 2012 is warranted and that the ends of justice served by the continuance

5   outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

6   §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the

7   reasonable time necessary for effective preparation, taking into account the exercise of due

8   diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

9

10          IT IS SO ORDERED.

11

12   DATED:__6/20/12_____

13                                              THE HONORABLE RICHARD SEEBORG
                                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0207 RS