MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7050
   Facsimile: (415) 436-7234
   E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. No. CR12-0207 RS |
|    Plaintiff, ) | |
|    v. ) | **STIPULATION AND [PROPOSED]** |
| RODOLFO PONCE IBARRA, ) | **ORDER EXCLUDING TIME UNDER 18** |
| a/k/a Victor Manuel Lemos Lemos, ) | **U.S.C. § 3161** |
| a/k/a Victor Lemos Lemos, ) | |
| a/k/a Victor Lemos, ) | |
| a/k/a Angel Ponce, ) | |
| a/k/a Angel Lemus Pounce, ) | |
| a/k/a Rodolfo Ponce, ) | |
|    Defendant. ) | |

On October 2, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to October 2, 2012. The parties have agreed to exclude the period of time between October 2, 2012 and October 30, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and for the continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0207 RS

exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: October 30, 2012     _____/s/_____
J. MARK KANG
Special Assistant United States Attorney

DATED: October 30, 2012     _____/s/_____
CANDIS MITCHELL
Attorney for RODOLFO PONCE IBARRA

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0207 RS

[PROPOSED] ORDER

For the reasons stated above and at the October 2, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 2, 2012 through October 30, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the defendant the continuity of counsel and the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/30/12

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0207 RS