| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | |
|   | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| 4 | CAROLYN SILANE (NYBN 4596235) |
|   | Special Assistant United States Attorney |
| 5 | SUSAN E. BADGER (CABN 124365) |
|   | Assistant United States Attorney |
| 6 | |
|   | 450 Golden Gate Ave., Box 36055 |
| 7 | San Francisco, California 94102 |
|   | Telephone: (415) 436-7200 |
| 8 | Fax: (415) 436-7234 |
|   | E-Mail: Carolyn.Silane@usdoj.gov |
| 9 | E-Mail: Susan.Badger@usdoj.gov |
| 10 | Attorneys for United States of America |

FILED

FEB 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0207 RS |
| Plaintiff, | ) ) | JOINT STIPULATIONS AND WAIVER FOR BENCH TRIAL |
| v. | ) ) | |
| RODOLFO PONCE-IBARRA, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by Carolyn Silane, Special Assistant United States Attorney, and Susan Badger, Assistant United States Attorney, on behalf of the United States of America, and the defendant Rodolfo Ponce Ibarra, by and through his attorneys of record, Assistant Federal Public Defenders Candis Mitchell and Elizabeth Falk, that the following facts are uncontested and admitted by the defendant in anticipation of the bench trial currently set before this Court on February 4, 2013.

//

STIPULATIONS FOR TRIAL
CR 12-0207 RS

## I. WAIVER OF RIGHTS

Pursuant to Federal Rule of Criminal Procedure 23, the defendant, Rodolfo Ponce Ibarra, waives his right to a jury trial and the government consents to have the Court conduct the trial in this case.

Mr. Ponce Ibarra waives his right to testify and to call any witnesses on his own behalf, and he submits the matter for decision by the Court based on the factual stipulations below.

## II. STIPULATIONS

Defendant Ponce Ibarra, and the United States, by and through counsel, hereby stipulate to the following facts:

1. Mr. Ponce Ibarra is not, and has never been, a citizen or national of the United States.

2. Mr. Ponce Ibarra was deported and removed from the United States on May 22, 1990, November 15, 1990, December 17, 1991, February 12, 1993, July 9, 2005, and October 1, 2009.

3. After October 1, 2009, Mr. Ponce Ibarra knowingly and voluntarily entered the United States.

4. After entering the United States, Mr. Ponce Ibarra knew that he was in the United States and knowingly remained.

5. On or about August 17, 2010, Mr. Ponce Ibarra was found in the United States by officials of Immigration and Customs Enforcement.

6. Mr. Ponce Ibarra never obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States.

7. The fingerprint impression on the Warning to Alien Ordered Removed or Deported (Form I-294), executed on or about July 5, 2005, belongs to Mr. Ponce Ibarra. (Exhibit 1).

8. The fingerprint impression on the Warrant of Removal (Form I-205) executed on or about July 9, 2005, belongs to Mr. Ponce Ibarra. (Exhibit 2).

STIPULATIONS FOR TRIAL
CR 12-0207 RS

9. The fingerprint impression on the Warrant of Removal (Form I-205) executed on or about October 1, 2009, belongs to Mr. Ponce Ibarra. (Exhibit 3).

10. Mr. Ponce Ibarra knowingly and voluntarily provided the answers contained in the sworn statement that he signed on or about March 13, 2012. (Exhibit 4).

11. The parties stipulate and agree that Exhibits 1 through 4 referenced above, and attached hereto, are true and correct copies of what they purport to be and are admissible as evidence at trial.

SO STIPULATED:

Dated: 30 January 2013

RODOLFO PONCE IBARRA
Defendant

MELINDA HAAG
United States Attorney

DATED: February 4, 2013

CAROLYN SILANE
Special Assistant United States Attorney
SUSAN BADGER
Assistant United States Attorney

I have fully explained to my client the trial stipulations, numbered 1 through 11, above. In my opinion, my client understands each trial stipulation and the consequences of stipulating and agreeing to them. Based on the information now known to me, my client's decision to enter into each of the factual stipulations above is knowing and voluntary.

DATED: 30 January 2013

CANDIS MITCHELL
ELIZABETH FALK
Assistant Federal Defenders
Attorneys for Defendant

//
//
//

STIPULATIONS FOR TRIAL
CR 12-0207 RS